■ In the Matter of the Estate of ALDONA K. MARRIOTT, Deceased. GAIL MARRIOTT, Respondent; ROBERT W. MARRIOTT, Appellant, et al., Respondent. [888 NYS2d 449]—Appeal from an order of the Surrogate's Court, Oneida County (David A. Murad, S.), entered June 18, 2008. The order, among other things, granted petitioner's motion for summary judgment dismissing the objections to the probate of the will.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.